**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| RALLS CORPORATION, <br> 318 Cooper Circle <br> Peachtree City, GA 30269 <br><br> *Plaintiff*, <br> v. <br><br> COMMITTEE ON FOREIGN INVESTMENT IN THE UNITED STATES, <br> 1500 Pennsylvania Avenue, N.W. <br> Washington, D.C. 20220 <br><br> and <br><br> TIMOTHY F. GEITHNER, <br> in his official capacity as <br> Secretary of the Treasury and <br> Chairperson of the Committee on <br> Foreign Investment in the United States, <br> 1500 Pennsylvania Avenue, N.W. <br> Washington, D.C. 20220 <br><br> *Defendants*. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) )  Case No. _____ |

**CERTIFICATE REQUIRED BY LCvR 7.1 OF THE LOCAL RULES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

I, the undersigned, counsel of record for Plaintiff Ralls Corporation, certify that to the best of my knowledge and belief, Ralls Corporation has no parent companies, subsidiaries, or affiliates that have outstanding securities in the hands of the public or for which disclosure is otherwise required. These representations are made in order that judges of this court may determine the need for recusal.

Respectfully submitted,

  /s/  Paul D. Clement
Paul D. Clement (D.C. Bar No. 433215)
Viet D. Dinh (D.C. Bar No. 456608)
H. Christopher Bartolomucci (D.C. Bar No. 453423)
George W. Hicks, Jr. (D.C. Bar No. 499223)
Brian J. Field (D.C. Bar No. 985577)
BANCROFT PLLC
1919 M Street, N.W., Suite 470
Washington, D.C. 20036
(202) 234-0090

Steven S. Honigman (D.C. Bar No. 201020)
500 East 77th Street
New York, New York 10162
(202) 549-4917

*Counsel for Plaintiff Ralls Corporation*

Dated:  September 12, 2012

**CERTIFICATE OF SERVICE**

      I hereby certify that on September 12, 2012, I caused to be served copies of the foregoing Local Civil Rule 7.1 Certificate by first-class U.S. mail and by email on:

Timothy F. Geithner
Secretary of the Treasury
Chairperson, Committee on Foreign Investment
  in the United States
1500 Pennsylvania Avenue, N.W.
Washington, DC 20220

Ian Gershengorn
United States Department of Justice
Federal Programs Branch
950 Pennsylvania Avenue, N.W.
Washington, DC 20530

                                                   /s/ George W. Hicks, Jr.
                                                   George W. Hicks, Jr.