IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| RALLS CORPORATION, | ) |
| *Plaintiff*, | ) |
| v. | ) |
| COMMITTEE ON FOREIGN INVESTMENT IN THE UNITED STATES, | ) ) ) |
| and | ) Case No. 1:12-cv-01513-ABJ |
| TIMOTHY F. GEITHNER, in his official capacity as Secretary of the Treasury and Chairperson of the Committee on Foreign Investment in the United States, | ) ) ) ) ) ) |
| *Defendants*. | ) |

**MOTION FOR TEMPORARY RESTRAINING ORDER AND
PRELIMINARY INJUNCTION
[ORAL ARGUMENT REQUESTED]**

Pursuant to Federal Rule of Civil Procedure 65 and Local Rules 7 and 65.1, Plaintiff Ralls Corporation ("Ralls") hereby moves for a temporary restraining order and preliminary injunction in this case invalidating and enjoining enforcement of the August 2, 2012 Amended Order Establishing Interim Mitigation Measures ("Amended Order") issued by Defendant Committee on Foreign Investment in the United States, which Defendant Timothy F. Geithner chairs.

As more fully set forth in the accompanying Memorandum in Support of Motion for Temporary Restraining Order and Preliminary Injunction and declaration and exhibits attached thereto, immediate preliminary relief invalidating and enjoining enforcement of the Amended

Order is necessary in order to permit Ralls to resume construction of the Butter Creek windfarms by next Thursday, September 20, 2012, which the unlawful and unauthorized Amended Order otherwise forbids.  If construction does not resume by that date, the windfarms cannot be placed in service by December 31, 2012, and Ralls will necessarily be unable to obtain approximately $25 million in federal investment tax incentives to which it is otherwise legally entitled, eviscerating the Butter Creek Projects' viability and reducing their assets to *de minimis* salvage value.  The Amended Order also works other imminent and certain irreparable harm on Ralls by wholly prohibiting Ralls from accessing, using, or enjoying its property; impugning Ralls's reputation and inflicting competitive injuries; and violating its constitutional right against deprivation of property absent due process.

Ralls respectfully requests that this Court enter a temporary restraining order enjoining enforcement of CFIUS's Amended Order, schedule a hearing on Ralls's request for a preliminary injunction at the earliest available date, and, after such hearing, enter a preliminary injunction enjoining further enforcement of the order during the pendency of this litigation.

Pursuant to Local Rules 7(m) and 65.1, Ralls hereby states that it has conferred with Defendants regarding its request for a preliminary injunction (which Defendants oppose), notified counsel for Defendants of its intention to seek a temporary restraining order, and provided counsel for Defendants with copies of all filings in this action.

        Respectfully submitted,

         /s/ Paul D. Clement
        Paul D. Clement (D.C. Bar No. 433215)
        Viet D. Dinh (D.C. Bar No. 456608)
        H. Christopher Bartolomucci (D.C. Bar No. 453423)
        George W. Hicks, Jr. (D.C. Bar No. 499223)
        Brian J. Field (D.C. Bar No. 985577)
        BANCROFT PLLC
        1919 M Street, N.W., Suite 470
        Washington, D.C. 20036
        (202) 234-0090

        Steven S. Honigman (D.C. Bar No. 201020)
        500 East 77th Street
        New York, New York 10162
        (202) 549-4917

        *Counsel for Plaintiff Ralls Corporation*

Dated: September 13, 2012