IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RALLS CORPORATION,<br>318 Cooper Circle<br>Peachtree City, GA 30269<br><br>*Plaintiff*,<br>v.<br><br>COMMITTEE ON FOREIGN<br>INVESTMENT IN THE UNITED STATES,<br>1500 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20220<br><br>and<br><br>TIMOTHY F. GEITHNER,<br>in his official capacity as<br>Secretary of the Treasury and<br>Chairperson of the Committee on<br>Foreign Investment in the United States,<br>1500 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20220<br><br>*Defendants*. | Case No. _____ |

## DECLARATION OF ROBERT GUERTIN

I, Robert Guertin, declare under penalty of perjury that the following is true and accurate to the best of my knowledge, information, and belief:

1. I am over 18 years of age, am competent to testify about the matters set forth herein, and submit the testimony below based upon personal knowledge and information.

2. I am a partner with Oregon Windfarms, LLC.

3. Oregon Windfarms, LLC is an Oregon limited liability company, owned entirely by United States citizens.

4. In 2009, Oregon Windfarms created several Oregon limited liability companies for the purpose of holding assets related to windfarm projects in the State of Oregon. Specifically, Oregon Windfarm created Pine City Windfarm, LLC; Mule Hollow Windfarm,

LLC; High Plateau Windfarm, LLC; and Lower Ridge Windfarm, LLC (collectively, the "Project Companies" or the "Butter Creek Projects").

5.  The Project Companies' assets consisted solely of the land rights to construct the windfarms, power purchase agreements, transmission interconnection agreements and ancillary agreements with other companies, agreements for the management and use of shared interconnection facilities with the owners of nearby windfarms, and the government permits necessary to construct a commercial windfarm.

6.  In 2010 and 2011, the Federal Aviation Administration ("FAA") issued a "Determination of No Hazard" for each of the twenty planned turbines in the Butter Creek Projects. A "Determination of No Hazard" is tantamount to FAA approval and includes review by the Department of Defense.

7.  In December 2010, Oregon Windfarms sold its interests in the Project Companies to Terna Energy USA Holdings Corporation.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 12th day of September 2012.

Robert Guertin