IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RALLS CORPORATION,<br>318 Cooper Circle<br>Peachtree City, GA 30269<br><br>      *Plaintiff,*<br>v.<br><br>COMMITTEE ON FOREIGN<br>INVESTMENT IN THE UNITED STATES,<br>1500 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20220<br><br>      and<br><br>TIMOTHY F. GEITHNER,<br>in his official capacity as<br>Secretary of the Treasury and<br>Chairperson of the Committee on<br>Foreign Investment in the United States,<br>1500 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20220<br><br>      *Defendants.* | Case No. _____ |

### DECLARATION OF KEVIN KE ZHU

I, Kevin Ke Zhu, declare under penalty of perjury that the following is true and accurate to the best of my knowledge, information, and belief:

1. I am over 18 years of age, am competent to testify about the matters set forth herein, and submit the testimony below based upon personal knowledge and information.

2. I am sales manager for Sany Electric responsible for North America and am the Secretary of Intelligent Wind Energy, LLC ("IWE"), a Delaware limited liability company that is owned by Ralls Corporation.

3. U.S. Innovative Renewable Energy ("USIRE") used to own IWE.

4. In March 2012, IWE purchased the membership interests in several windfarm projects from Terna Energy USA Holdings Corporation ("Terna"), a Delaware corporation

formed in December 2010 to acquire and act as a holding company for wind energy projects in the United States.

5. Specifically, IWE purchased Terna's membership interests in four Oregon windfarm projects: Pine City Windfarm, LLC; Mule Hollow Windfarm, LLC; High Plateau Windfarm, LLC; and Lower Ridge Windfarm, LLC.

6. These companies were originally formed in 2009 by Oregon Windfarms, LLC, an Oregon limited liability company and subsequently sold to Terna.

7. These companies' assets consisted solely of the land rights to construct the windfarms, power purchase agreements, transmission interconnection agreements and ancillary agreements with other companies, agreements for the management and use of shared interconnection facilities with the owners of nearby windfarms, and the government permits necessary to construct a commercial windfarm. At the time of the purchase, there was no on-going business concern associated with the companies. Instead, they were essentially "greenfield" development projects that simply represented the right to build an operating windfarm.

8. After IWE purchased these interests from Terna, USIRE sold IWE to Ralls Corporation.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this ___ day of September 2012.

2012.9.12

Kevin Ke Zhu

2