23 April, 2012

From: Range Program Manager, Northwest Training Range Complex (NWTRC)
To: Intelligent Wind Energy (IWE)/Sany Electric

Subj: TECHNICAL DESCRIPTION OF THE BOARDMAN RANGE AND RATIONALE FOR REQUESTING RE-SITING OF FIVE BUTTER CREEK (LOWER RIDGE) WIND TURBINES

Encl: (1) Lower Ridge Windfarm Vicinity Map

1. <u>Naval Weapons System Training Facility (NWSTF) Boardman and Special Use Airspace (SUA)</u>
The NWSTF Boardman Complex consists of a military-owned land parcel (72 square nautical miles) and overlying Federal Aviation Administration (FAA) established SUA. The SUA consists of three separate pieces of airspace: 1) Restricted Area 5701 (R-5701) which allows flight operations down to the surface (zero feet AGL); 2) Restricted Area 5706 (R-5706) which allows fight operations down to 3500 feet AGL; and, 3) the Boardman Military Operating Area (MOA) which combines with the restricted areas to provide one contiguous airspace necessary to support operations within the Boardman Complex. A restricted area as defined by the FAA in Joint Order (JO) 7400.2H and JO 7610.4 is an "…airspace established under 14 CFR Part 73 provisions, within which the flight of aircraft, while not wholly prohibited, is subject to restriction. Restricted areas are established when determined necessary to confine or segregate activities considered hazardous to nonparticipating aircraft." The design of Boardman was developed in support of aerial bombing on targets located on the NWSTF parcel, and as such, varies in altitude, width, and limitations imposed upon aircraft operations. The airspace associated with R-5701 (depicted in Encl 1 and 358 square nautical miles) goes to the surface and is approximately 30 miles in length and varying between 5 and 11 miles in width. While Boardman was developed in support of airborne ordnance delivery, the use of the area has expanded to support a variety of Department of Defense (DOD) activities including the Oregon National Guard, Unmanned Air Systems (UAS), ground forces small arms training and serves as the Navy's primary resource for all EA6-B Prowler and FA18-G Growler Low Level Tactical Training (LATT) and Surface-to-Air Counter Tactics (SACT) training.

2. <u>Navy requirement for LATT/SACT</u>
The Boardman range and associated SUA is the only location in the Western United States at which EA-6B Prowler and EA-18G Growler aircraft based at Naval Air Station (NAS) Whidbey Island, WA can complete required Low Altitude Tactical Training (LATT) and Surface to Air Counter-Tactics Training (SACT) maneuvers. Theses maneuvers are conducted at high-speed, high-g, and in three-dimensions, which involves the aircraft rapidly transiting the relatively small confines of the Boardman area. Although the maneuvers will take the aircraft through a variety of altitudes, the bases of the maneuvers are down to as low as 200 feet AGL. For this reason, obstruction free, flat terrain, like that at Boardman, is critical for conducting this mission essential training. Currently, half of all NAS Whidbey based aircraft LATT/SACT sorties are conducted at the Boardman complex; equating to approximately 500 sorties annually.

3. <u>Safety of Flight concerns within R-5701</u>
The proposed Lower Ridge Wind Project (Butter Creek Project) situated in the Eastern center of R-5701 (see Encl 1) with turbine heights upwards of 495 feet AGL poses a significant safety of flight concern for Navy aircraft conducting LATT/SACT as low as 200 feet AGL. For this reason, the Navy is requesting IWE/Sany Electric re-site the five Lower Ridge wind turbines to the alternate site 1.5 nautical miles south. While this new site does not eliminate the safety of flight concern (being still inside R-5701), it does provide an improved margin for critical aircraft maneuvers.