#### IN THE UNITED STATES DISTRICT COURT
#### FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| RALLS CORPORATION, ) | |
| ) | |
| *Plaintiff*, ) | |
| v. ) | |
| ) | |
| COMMITTEE ON FOREIGN ) | |
| INVESTMENT IN THE UNITED STATES, ) | |
| ) | Case No. 1:12-cv-01513-ABJ |
| and ) | |
| ) | |
| TIMOTHY F. GEITHNER, ) | |
| in his official capacity as ) | |
| Secretary of the Treasury and ) | |
| Chairperson of the Committee on ) | |
| Foreign Investment in the United States, ) | |
| ) | |
| *Defendants*. ) | |
| ) | |

### [PROPOSED] TEMPORARY RESTRAINING ORDER

Based upon the pleadings, motions, and evidence received by the Court, and it appearing to the Court that Plaintiff Ralls Corporation ("Ralls") will suffer immediate and irreparable injury, loss, or damage before the Court will have the opportunity to hold a hearing on Ralls's motion for a preliminary injunction, the Court hereby GRANTS the motion filed by Ralls seeking a temporary restraining order and ORDERS as follows:

1. Defendants Committee on Foreign Investment in the United States ("CFIUS") and Timothy F. Geithner are hereby enjoined from enforcing the Amended Order Establishing Interim Mitigation Measures ("Amended Order") issued on August 2, 2012 by Defendant CFIUS, which Defendant Geithner chairs.

2. Defendants CFIUS and Geithner are hereby enjoined from taking any other action that would enable, facilitate, implement, or otherwise permit the Amended Order from having any effect.

3. On _____ at _____ in _____, the Court will hold a hearing on Ralls's motion for preliminary injunction.

4. This Order shall expire upon the entry of a subsequent Order by this Court so stating or upon the passage of fourteen (14) days from the entry of this Order, unless within such time, for good cause shown, the term of this Order is extended for a like period or unless Defendants consent that it may be extended for a longer period.

Date: _____

_____
Hon. Amy Berman Jackson
United States District Judge