**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| RALLS CORPORATION, | ) |
| *Plaintiff*, | ) |
| v. | ) |
| | ) |
| COMMITTEE ON FOREIGN | ) |
| INVESTMENT IN THE UNITED STATES, | ) |
| | ) Case No. 1:12-cv-01513-ABJ |
| and | ) |
| | ) |
| TIMOTHY F. GEITHNER, | ) |
| in his official capacity as | ) |
| Secretary of the Treasury and | ) |
| Chairperson of the Committee on | ) |
| Foreign Investment in the United States, | ) |
| | ) |
| *Defendants*. | ) |

**[PROPOSED] ORDER GRANTING PRELIMINARY INJUNCTION**

Based upon the pleadings, motions, and evidence received by the Court, the Court hereby GRANTS the motion filed by Plaintiff Ralls Corporation seeking a preliminary injunction and ORDERS as follows:

1. The Amended Order Establishing Interim Mitigation Measures ("Amended Order)" issued on August 2, 2012 by Defendant Committee on Foreign Investment in the United States ("CFIUS"), which Defendant Timothy F. Geithner chairs, is hereby declared invalid.

2. CFIUS and Timothy F. Geithner are hereby enjoined from enforcing the Amended Order or taking any other action that would enable, facilitate, implement, or otherwise permit the Amended Order from having any effect.

      3.      This Order shall remain in effect through the remainder of these proceedings until such time as the Court enters a subsequent Order dissolving the preliminary injunction and/or awarding permanent relief.

Date: _____

                                    _____
                                    Hon. Amy Berman Jackson
                                    United States District Judge