**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| RALLS CORPORATION, | ) |
| *Plaintiff*, | ) |
| v. | ) |
| COMMITTEE ON FOREIGN INVESTMENT IN THE UNITED STATES, | ) Case No. 1:12-cv-01513-ABJ |
| and | ) |
| TIMOTHY F. GEITHNER, in his official capacity as Secretary of the Treasury and Chairperson of the Committee on Foreign Investment in the United States, | ) |
| *Defendants*. | ) |

**PLAINTIFF'S LCvR 65.1(a) CERTIFICATION**

Pursuant to LCvR 65.1(a), undersigned counsel for Plaintiff Ralls Corporation hereby certifies that he contacted and notified counsel for the Defendants, Joel McElvain of the United States Department of Justice, of Plaintiff's intent to file its motion for a temporary restraining order in the above-captioned case. Undersigned counsel also certifies that on September 13, 2012, he furnished to counsel for the Defendants copies of the complaint and all other papers that have been filed in the case to date, and he notified counsel for the Defendants that an application for a temporary restraining order had been made on that same date.

                                 /s/  Brian J. Field
                                 Brian J. Field
                                 BANCROFT PLLC
                                 1919 M Street, N.W., Suite 470
                                 Washington, D.C. 20036
                                 (202) 234-0090

Dated:  September 13, 2012