**CERTIFICATE OF SERVICE**

I hereby certify that on September 13, 2012, I caused to be served copies of Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction, Memorandum in Support of Motion for Temporary Restraining Order and Preliminary Injunction, all accompanying declarations and exhibits, Proposed Temporary Restraining Order, Proposed Order Granting Preliminary Injunction, and Local Civil Rule 65.1 Certification by email on the following counsel for Defendants, with delivery by hand to follow on September 14, 2012, thereby satisfying service obligations:

>Joel McElvain
>United States Department of Justice
>Civil Division, Federal Programs Branch
>20 Massachusetts Ave., NW, Room 7332
>Washington, DC 20001
>Joel.L.McElvaine@usdoj.gov

>>/s/ Brian J. Field
>>Brian J. Field