**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| RALLS CORPORATION, | ) | |
| *Plaintiff*, | ) | |
| v. | ) | |
| COMMITTEE ON FOREIGN INVESTMENT IN THE UNITED STATES, | ) | |
| | ) | Case No. 1:12-cv-01513-ABJ |
| and | ) | |
| TIMOTHY F. GEITHNER, in his official capacity as Secretary of the Treasury and Chairperson of the Committee on Foreign Investment in the United States, | ) | |
| *Defendants*. | ) | |

**NOTICE OF WITHDRAWAL OF MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION**

Plaintiff Ralls Corporation hereby provides notice to this Court that it is withdrawing its Motion for Temporary Restraining Order and Preliminary Injunction filed September 13, 2012 (Dkt. #7). This withdrawal follows an agreement between the parties concerning the resumption of certain preliminary construction activities regarding the Butter Creek Projects. The parties will promptly confer and submit to the Court a joint proposed briefing schedule or, if agreement on a schedule cannot be reached, a statement of the parties' respective positions.

Respectfully submitted,

/s/ Paul D. Clement

Paul D. Clement (D.C. Bar No. 433215)
Viet D. Dinh (D.C. Bar No. 456608)
H. Christopher Bartolomucci (D.C. Bar No. 453423)
George W. Hicks, Jr. (D.C. Bar No. 499223)
Brian J. Field (D.C. Bar No. 985577)
BANCROFT PLLC
1919 M Street, N.W., Suite 470
Washington, D.C. 20036
(202) 234-0090

Steven S. Honigman (D.C. Bar No. 201020)
500 East 77th Street
New York, New York 10162
(202) 549-4917

*Counsel for Plaintiff Ralls Corporation*

Dated: September 19, 2012

**CERTIFICATE OF SERVICE**

I hereby certify that on September 19, 2012, I filed the foregoing Notice of Withdrawal of Motion for Temporary Restraining Order and Preliminary Injunction with the ECF system for the United States District Court for the District of Columbia, thereby effecting service on all parties required to be served.

/s/ George W. Hicks, Jr.
George W. Hicks, Jr.