

January 28, 2013

**By ECF**

Hon. Amy Berman Jackson
United States District Court for the
 District of Columbia
333 Constitution Ave. NW
Washington, DC 20001

    Re:    *Ralls Corporation v. Obama*, No. 1:12-cv-01513-ABJ (D.D.C.)

Dear Judge Jackson:

    Pursuant to LCvR 40.5(b)(3), undersigned counsel for Plaintiff Ralls Corporation ("Ralls") in the above-captioned case hereby provides notice that on January 28, 2013, Ralls filed a related case in the United States District Court for the District of Columbia, titled *Ralls Corporation v. Terna Energy USA Holding Corporation*, No. 13-117.  Contemporaneous with the filing of the complaint in that case, Ralls also filed a motion for a temporary restraining order and preliminary injunction.

                                       Very truly yours,

                                       Viet D. Dinh
                                       BANCROFT PLLC
                                       1919 M Street, N.W., Suite 470
                                       Washington, DC 20036
                                       (202) 234-0090

                                       *Counsel for Ralls Corporation*

cc:    Joel L. McElvain