**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

_____
                                                    )
RALLS CORPORATION,                  )
                                                    )
                    Plaintiff,              )
                                                    )
        v.                                        )   Civil Action No. 12-1513 (ABJ)
                                                    )
COMMITTEE ON FOREIGN      )
INVESTMENT IN THE              )
UNITED STATES, *et al.*,            )
                                                    )
                    Defendants.          )
_____)

## ORDER

Pursuant to Fed. R. Civ. P. 58 and for the reasons stated in the accompanying Memorandum Opinion, it is hereby **ORDERED** that defendants' motion to dismiss the amended complaint [Dkt. #50] is **GRANTED**.  This is a final appealable order.

                                                            _____
                                                            AMY BERMAN JACKSON
                                                            United States District Judge

DATE:  October 9, 2013