**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **RALLS CORPORATION**, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> **COMMITTEE ON FOREIGN INVESTMENT** ) <br> **IN THE UNITED STATES**, *et al.*, ) <br> ) <br> Defendants. ) <br> _____ ) | Case No. 1:12-cv-01513-ABJ |

## JOINT STATUS REPORT

The parties hereby respectfully submit this joint status report, in response to this Court's order of November 18, 2014. On November 21, 2014, the defendants provided Ralls Corporation with documents totaling 3,487 pages, consisting of unclassified materials before the Committee on Foreign Investment in the United States ("CFIUS"). The defendants also provided Ralls Corporation with a privilege log describing two documents, the unclassified portions of which have been withheld in whole or in part due to an assertion of privilege.

| | |
|---|---|
| Dated: November 24, 2014 | Respectfully submitted, |
| /s/ Paul D. Clement | JOYCE R. BRANDA |
| Paul D. Clement | Acting Assistant Attorney General |
| Viet D. Dinh | |
| George W. Hicks, Jr. | RONALD C. MACHEN, JR. |
| BANCROFT PLLC | United States Attorney |
| 1919 M Street, N.W., Suite 470 | |
| Washington, D.C. 20036 | ANTHONY J. COPPOLINO |
| (202) 234-0090 | Deputy Branch Director |
| pclement@bancroftpllc.com | |
| | DIANE KELLEHER |
| *Counsel for Plaintiff* | Assistant Branch Director |
| | |
| | /s/ Joel McElvain |
| | JOEL McELVAIN |
| | Senior Trial Counsel |
| | U.S. Department of Justice |
| | Civil Division, Federal Programs Branch |
| | 20 Massachusetts Avenue, NW |
| | Washington, D.C. 20530 |
| | (202) 514-2988 |
| | Joel.McElvain@usdoj.gov |
| | |
| | *Counsel for Defendants* |