**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **RALLS CORPORATION**,            )<br>                                                            )<br>            Plaintiff,                        )<br>                                                            )<br>       v.                                             )<br>                                                            )<br>**COMMITTEE ON FOREIGN INVESTMENT**   )<br>**IN THE UNITED STATES**, *et al.*,         )<br>                                                            )<br>            Defendants.                  )<br>_____ ) | Case No. 1:12-cv-01513-ABJ |

## JOINT STATUS REPORT

The parties hereby submit a joint status report in compliance with this Court's minute order of October 9, 2015. As the Court is aware, the parties have executed a settlement agreement in this matter. The parties anticipate that, in light of the settlement agreement, they will very soon stipulate to the dismissal of this action. In the event that the parties have not filed a stipulation of dismissal before this date, the parties propose to file a joint status report on November 13, 2015.

Dated: October 30, 2015                             Respectfully submitted,


    /s/ Paul D. Clement                              BENJAMIN C. MIZER
Paul D. Clement                                     Principal Deputy Assistant Attorney General
Viet D. Dinh
George W. Hicks, Jr.                                CHANNING D. PHILLIPS
BANCROFT PLLC                                       United States Attorney
500 New Jersey Ave., NW, 7th Floor
Washington, D.C. 20036                              ANTHONY J. COPPOLINO
(202) 234-0090                                      Deputy Branch Director
pclement@bancroftpllc.com
                                                    DIANE KELLEHER
*Counsel for Plaintiff*                             Assistant Branch Director

    /s/ Joel McElvain
JOEL McELVAIN
Assistant Branch Director
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, NW
Washington, D.C. 20530
(202) 514-2988
Joel.McElvain@usdoj.gov

*Counsel for Defendants*